IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 1:06-CR-0229-DRB |
| | ) | |
| JOSEPH D. SPEARS | ) | |

## ORDER ON MOTION

Upon review of the defendant's *Motion to Appoint Counsel* and *Financial Affidavit* (Docs. 4 and 5, filed September 28, 2006), the court finds that Joseph D. Spears is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

**ORDERED** that the *Motion* is **GRANTED**. The Federal Defender be and is hereby appointed to represent the defendant in all court proceedings. Appointed counsel shall file a written notice of appearance with this court.

DONE this 29th day of September, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE