IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | CASE NO: 1:06-cr-229-DRB |
| | ) | |
| **JOSEPH D. SPEARS** | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Donnie W. Bethel, and enters his appearance on behalf of Defendant, Joseph D. Spears, in the above-styled case.

Dated this 3rd day of October, 2006.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:06-cr-229-DRB** |
| | ) | |
| **JOSEPH D. SPEARS** | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on October 3, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Nathan T. Golden
Department of the Army
Office of Staff Judge Advocate
Military Justice
Building 5700, Novosel Street
Ft. Rucker, Alabama 36362

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail:don_bethel@fd.org
    IN Bar Code: 14773-49