COURTROOM DEPUTY MINUTES        DATE: 11/07/2006
MIDDLE DISTRICT OF ALABAMA
                                 DIGITAL RECORDING: 10:20 - 10:25 am

- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [x] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd        DEPUTY CLERK: sql

CASE NO. 1:06CR229-DRB                    DEFT. NAME: Joseph D. SPEARS

USA: Golden                                ATTY: Don Bethel
                                           Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
                                           ( ) Stand In ONLY

USPTSO/USPO: Pitcher/Johns/Brockett

Defendant _____ does  ✓ does NOT need an interpreter

Interpreter present ✓ NO _____ YES   NAME: _____

| | |
|---|---|
| ☐ kars. | Date of Arrest _____ or ☐ karsr40 |
| ☑ kia. | Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator |
| ☑ kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel  ☐ ORAL MOTION for Appointment of Counsel |
| ☐ kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO |
| ☐ koappted | ORAL ORDER appointing Community Defender Organization - **Notice to be filed.** |
| ☐ k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; |
| ☐ | Government's WRITTEN Motion for Detention Hrg. filed. |
| ☐ kdmhrg. | **Detention Hearing** ☐ held; ☐ set for _____ |
| ☐ kotempdtn. | ORDER OF TEMPORARY DETENTION PENDING HEARING entered |
| ☐ kodtn. | ORDER OF DETENTION PENDING TRIAL entered |
| ☐ kocondrls. | Release order entered. Deft. advised of conditions of release |
| ☐ kbnd. | ☐BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR) |
| | ☐BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered |
| ☐ kloc.(LC) | Bond NOT executed. Deft to remain in Marshal's custody |
| ☐ | Preliminary Hearing ☐ Set for _____ |
| ☐ ko. | Deft. ORDERED REMOVED to originating district |
| ☐ kwvprl. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) |
| ☐ | Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury. |
| ☑ karr. | ARRAIGNMENT SET FOR: _____ ☑HELD. Plea of **NOT GUILTY** entered. |
| | ☐Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____ |
| | DISCOVERY DISCLOSURES DATE: _____ |
| ☐ krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel |
| ☐ krmvhrg. | Identity/Removal Hearing set for _____ |
| ☐ kwvspt | **Waiver of Speedy Trial Act Rights Executed** |