UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Case No. 1:06-cr-0229 |
| ) | |
| JOSEPH D. SPEARS ) | |

## MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Information heretofore filed in the above styled cause to JOSEPH D. SPEARS on the following grounds, to wit:

In the interest of justice.

Respectfully submitted this the 12th day of December, 2006.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
One Court Street
Montgomery, Alabama
Phone: (334) 223-7280
FAX: (334) 223-7135
Kent.brunson@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | Case No. 1:06-cr-0229 |
| | ) | |
| **JOSEPH D. SPEARS** | ) | |

**O R D E R**

   Upon consideration of the Motion for Leave to Dismiss Information heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby granted.
   DONE this _____day of _____2006.


                                                                            _____
                                                                            **DELORES R. BOYD**
                                                                            **UNITED STATES MAGISTRATE JUDGE**


**DISMISSIAL OF INFORMATION**

   Comes now the United States of America with leave of the Court first had and obtained and dismisses without prejudice the Information heretofore filed in the above styled cause as to JOSEPH D SPEARS.
                                                          **Respectfully submitted,**

                                                          **LEURA GARRETT CANARY**
                                                          **UNITED STATES ATTORNEY**

                                                          **/s/ Kent B. Brunson**
                                                         **KENT B. BRUNSON**
                                                        **One Court Street**
                                                        **Montgomery, Alabama**
                                                         **Phone:  (334) 223-7280**
                                                        **FAX:  (334) 223-7135**
                                                         Kent.brunson@usdoj.gov